IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER KNAPP, SAMUEL KNAPP. and KAREN KNAPP,

    Plaintiffs,

v.

CITY OF ROHNERT PARK, a municipal corporation, BRIAN MASTERSON, individually and in his official capacity as a Chief of Police for the City of Rohnert Park, RYAN FOILES #399, individually and in his official capacity as a police officer for the City of Rohnert Park, CHARLES LARSON, individually and in his official capacity as police officer for the City of Rohnert Park, "FNU" AGER, individually and in his official capacity as a police officer for the City of Rohnert Park, JEFF JUSTICE, individually and in his official capacity as a police officer for the City of Rohnert Park, and DOES 1–25, inclusive,

    Defendants.

No. C 12-01917 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

    This case was filed on April 17, 2012, and defendants were only served on July 27, 2012. Now plaintiff wants a continuance of the case management conference for another sixty days. The Court **DENIES** plaintiffs' request to continue the case management conference until October.

**IT IS SO ORDERED.**

Dated: August 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE