1  STEVEN C. MITCHELL, ESQ., SBN 124644
   ROBERT W. HENKELS, ESQ., SBN 255410
2  GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
   37 Old Courthouse Square, Fourth Floor
3  Santa Rosa, California   95404
   Telephone:    707/545-1660
4  Facsimile:    707/545-1876
   Email:        smitchell@gsoglaw.com
5                rhenkels@gsoglaw.com

6  Attorneys for Defendants
   CITY OF ROHNERT PARK, BRIAN MASTERSON, RYAN FOILES,
7  CHARLES LARSON, "FNU" AGER, and JEFF JUSTICE

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER KNAPP; SAMUEL KNAPP;          CASE NO.:  C12-01917-WHA
    and KAREN KNAPP,
12
          Plaintiffs,                        **STIPULATION OF PARTIES FOR
13                                           ADMINISTRATIVE ORDER EXTENDING
          v.                                 DATE OF CASE MANAGEMENT
14                                           CONFERENCE; [~~Proposed~~]
    CITY OF ROHNERT PARK, a municipal        ADMINISTRATIVE ORDER EXTENDING
15  corporation; BRIAN MASTERSON,            DATE FOR CASE MANAGEMENT
    individually and in his official capacity as Chief   CONFERENCE**
16  of Police the CITY OF ROHNERT PARK;
    RYAN FOILES#399, individually and in his  Courtroom 8, 19th Floor
17  official capacity as a police officer for the CITY   Honorable William Alsup
    OF ROHNERT PARK; CHARLES LARSON,
18  individually and in his official capacity as police
    officer for the CITY OF ROHNERT PARK;
19  "FNU" AGER, individually and in his official
    capacity as a police officer for the CITY OF
20  ROHNERT PARK; JEFF JUSTICE, individually
    and in his official capacity as a police officer for
21  the CITY OF ROHNERT PARK; DOES 1-25,
    inclusive,
22
          Defendants.
23

24

25        TO THIS HONORABLE COURT:

26        Pursuant to Northern District Local Rule 16-2(e), all plaintiffs and the City of Rohnert Park

27  hereby stipulate to, and request, an Administrative Order of this Court rescheduling the Case

28  Management Conference currently set for August 23, 2012 in Courtroom 8, 19th Floor of the U.S.

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**

- 1 -

1  District Court for the Northern District of California.  In support of this request, each of the affected

2  parties by and through their respective attorneys of record hereby agree and stipulate as follows:

3       1.     Plaintiffs filed the above-referenced action on April 17, 2012, the City of Rohnert

4  Park was not served with the complaint until July 27, 2012.  The City's last day to answer the

5  complaint is August 17, 2012.

6       2.     Plaintiffs have not yet served the individually named defendants.  As reflected in the

7  proofs of service, plaintiffs served the City of Rohnert Park's record supervisor, who is authorized

8  to accept service on behalf of the City but is not authorized to accept service on behalf of the

9  individual defendants.  After negotiation, plaintiffs have forwarded to counsel for the City of

10  Rohnert Park several Requests for Waiver of Service of Summons.  Defense counsel is currently

11  seeking authorization to waive service of summons on behalf of the individually named defendants.

12       3.     In addition, neither trial attorney involved in this matter is available for the currently

13  scheduled Case Management Conference.  Defense trial counsel, Steven C. Mitchell, is currently

14  out of the state on a previously-planned vacation and will not return until August 24, 2012.

15  Similarly, plaintiffs' counsel is currently out of the state on vacation and will not return until the

16  end of August.

17       4.     Accordingly, due to the parties' necessity to resolve service-related issues, and due

18  to the fact that neither trial attorney is available for the currently scheduled Case Management

19  Conference, the parties respectfully request that this Court reschedule the Case Management

20  Conference from August 23, 2012 to September 20, 2012, at 11:00 am or as soon thereafter as is

21  convenient for the Court.

22       5.     Aside from the dates triggered by the Initial Case Management Conference date and

23  FRCP Rule 26, no other previously scheduled dates will be affected by this Order.

24  ///

25  ///

26  ///

27  ///

28  ///

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**

1 | IT IS SO STIPULATED.

2 | DATED:  August 14, 2012       GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

3

4

5 | By      /s/
ROBERT W. HENKELS
Attorneys for Defendant
6 | CITY OF ROHNERT PARK, BRIAN MASTERSON, RYAN FOILES, CHARLES
7 | LARSON, "FNU" AGER, and JEFF JUSTICE

8 | DATED:  August 14, 2012       LAW OFFICES OF JOHN L. BURRIS

9

10 | By      /s/
BENJAMIN NIESENBAUM
11 | Attorneys for Plaintiffs
CHRISTOPHER KNAPP, SAMUEL KNAPP
12 | and KAREN KNAPP

13

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE**
14 | **VIII.B.**

15

16 |        I, Robert W. Henkels, declare under penalty of perjury under the laws of California and the

17 | United States that I have in my possession e-mail correspondence from plaintiffs' counsel that the

18 | content of this document is acceptable to all persons required to sign the document.  I declare that

19 | this document was signed in Santa Rosa, California, on August 9, 2012.

20 | DATED:  August 14, 2012       GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

21

22

23 | By      /s/
ROBERT W. HENKELS
Attorneys for Defendant
24 | CITY OF ROHNERT PARK, BRIAN
MASTERSON, RYAN FOILES, CHARLES
25 | LARSON, "FNU" AGER, and JEFF JUSTICE

26

27 | ///

28 | ///

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**

- 3 -
Stipulation and Administrative Order Extending Case Management Conference

1

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING:**

2

3

The Case Management Conference in the above-referenced action currently set for August

23, 2012  is reset to: (Date) _September 20, 2012_____, at (Time): _11:00 a.m.___, in

4

5

Courtroom 8, 19th Floor of the U.S. District Court for the Northern District of California, San

6

Francisco, California.  A Joint Case Management Conference Statement shall be filed seven (7)

7

calendar days before the new date.

8

**IT IS SO ORDERED.**

9

THERE WILL BE NO FURTHER CONTINUANCES.

10

Date:  August 16, 2012.

11



United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**

26

27

28

---

Stipulation and Administrative Order Extending Case Management Conference