1  STEVEN C. MITCHELL, ESQ., SBN 124644
   ROBERT W. HENKELS, ESQ., SBN 255410
2  GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
   37 Old Courthouse Square, Fourth Floor
3  Santa Rosa, California  95404
   Telephone:   707/545-1660
4  Facsimile:   707/545-1876
   Email:       smitchell@gsoglaw.com
5               rhenkels@gsoglaw.com

6  Attorneys for Defendants
   CITY OF ROHNERT PARK, BRIAN MASTERSON, RYAN FOILES,
7  CHARLES LARSON, "FNU" AGER, and JEFF JUSTICE

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER KNAPP; SAMUEL KNAPP; and KAREN KNAPP, | CASE NO.: C12-01917-WHA |
|---|---|
| Plaintiffs, | **STIPULATION OF PARTIES FOR ADMINISTRATIVE ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE; [Proposed] ADMINISTRATIVE ORDER EXTENDING DATE FOR CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF ROHNERT PARK, a municipal corporation; BRIAN MASTERSON, individually and in his official capacity as Chief of Police the CITY OF ROHNERT PARK; RYAN FOILES#399, individually and in his official capacity as a police officer for the CITY OF ROHNERT PARK; CHARLES LARSON, individually and in his official capacity as police officer for the CITY OF ROHNERT PARK; "FNU" AGER, individually and in his official capacity as a police officer for the CITY OF ROHNERT PARK; JEFF JUSTICE, individually and in his official capacity as a police officer for the CITY OF ROHNERT PARK; DOES 1-25, inclusive, | Courtroom 8, 19th Floor<br>Honorable William Alsup |
| Defendants. | |

TO THIS HONORABLE COURT:

Pursuant to Northern District Local Rule 16-2(e), all plaintiffs and the City of Rohnert Park hereby stipulate to, and request, an Administrative Order of this Court rescheduling the Case Management Conference currently set for August 23, 2012 in Courtroom 8, 19th Floor of the U.S.

District Court for the Northern District of California.  In support of this request, each of the affected parties by and through their respective attorneys of record hereby agree and stipulate as follows:

1. Plaintiffs filed the above-referenced action on April 17, 2012, the City of Rohnert Park was not served with the complaint until July 27, 2012.  The City's last day to answer the complaint is August 17, 2012.

2. Plaintiffs have not yet served the individually named defendants.  As reflected in the proofs of service, plaintiffs served the City of Rohnert Park's record supervisor, who is authorized to accept service on behalf of the City but is not authorized to accept service on behalf of the individual defendants.  After negotiation, plaintiffs have forwarded to counsel for the City of Rohnert Park several Requests for Waiver of Service of Summons.  Defense counsel is currently seeking authorization to waive service of summons on behalf of the individually named defendants.

3. In addition, neither trial attorney involved in this matter is available for the currently scheduled Case Management Conference.  Defense trial counsel, Steven C. Mitchell, is currently out of the state on a previously-planned vacation and will not return until August 24, 2012.  Similarly, plaintiffs' counsel is currently out of the state on vacation and will not return until the end of August.

4. Accordingly, due to the parties' necessity to resolve service-related issues, and due to the fact that neither trial attorney is available for the currently scheduled Case Management Conference, the parties respectfully request that this Court reschedule the Case Management Conference from August 23, 2012 to September 20, 2012, at 11:00 am or as soon thereafter as is convenient for the Court.

5. Aside from the dates triggered by the Initial Case Management Conference date and FRCP Rule 26, no other previously scheduled dates will be affected by this Order.

///
///
///
///
///

IT IS SO STIPULATED.

DATED: August 14, 2012                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By      /s/
        ROBERT W. HENKELS
        Attorneys for Defendant
        CITY OF ROHNERT PARK, BRIAN
        MASTERSON, RYAN FOILES, CHARLES
        LARSON, "FNU" AGER, and JEFF JUSTICE

DATED: August 14, 2012                    LAW OFFICES OF JOHN L. BURRIS


By      /s/
        BENJAMIN NIESENBAUM
        Attorneys for Plaintiffs
        CHRISTOPHER KNAPP, SAMUEL KNAPP
        and KAREN KNAPP

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Robert W. Henkels, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from plaintiffs' counsel that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in Santa Rosa, California, on August 9, 2012.

DATED: August 14, 2012                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By      /s/
        ROBERT W. HENKELS
        Attorneys for Defendant
        CITY OF ROHNERT PARK, BRIAN
        MASTERSON, RYAN FOILES, CHARLES
        LARSON, "FNU" AGER, and JEFF JUSTICE

///

///

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING:**

The Case Management Conference in the above-referenced action currently set for August 23, 2012 is reset to: (Date) September 20, 2012, at (Time): 11:00 a.m., in Courtroom 8, 19th Floor of the U.S. District Court for the Northern District of California, San Francisco, California. A Joint Case Management Conference Statement shall be filed seven (7) calendar days before the new date.

**IT IS SO ORDERED.**

THERE WILL BE NO FURTHER CONTINUANCES.

Date: August 16, 2012.



United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup