UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KNAPP, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF ROHNERT PARK, et al.,<br><br>    Defendants. | Case No. 12-cv-01917-JST<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE RYU FOR SUPERVISION OF SETTLEMENT AGREEMENT**<br><br>Re: Dkt. No. 23 |

Pursuant to the parties' request, Dkt. No. 23, and Civil Local Rule 72-1, the Court hereby orders this case referred to Magistrate Judge Ryu for supervision of the settlement agreement.

**IT IS SO ORDERED**.

Dated: March 1, 2013

_____
Jon S. Tigar
United States District Judge