**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER KNAPP,                          No. C-12-01917 DMR

12              Plaintiff(s),                    **ORDER DISMISSING CASE**

13        v.

14   CITY OF ROHNERT PARK,

15              Defendant(s).
                                              /
16

17        The court orders the administrative closure of this case.  A party may reopen the case for

18   enforcement of the settlement agreement.

19

20        IT IS SO ORDERED.

21

22   Dated:  December 17, 2013

23                                        _____
                                          DONNA M. RYU
24                                        United States Magistrate Judge

25

26

27

28